# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANYELL ELIZABETH MCGEE CROOM,<br><br>          Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security<br><br>          Defendant.<br>_____ | NO. EDCV 15-1681-CAS (KS)<br><br>ORDER AWARDING ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the Stipulation For The Award And Payment Of Attorney Fees And Expenses Pursuant To The Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("Stipulation"), which was filed on March 10, 2016, IT IS ORDERED that fees in the amount of $4,000.00 as authorized by 28 U.S.C. § 2412(d), and costs in the amount of $400.00 as authorized by 28 U.S.C. § 1920, shall be awarded, subject to terms of the Stipulation.

DATED: March 11, 2016

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

1